**FILED**
August 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>IDALECIO VALENCIA PERALES, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-mj-00254-KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Idalecio Valencia Perales</u>; Case <u>2:11-mj-00254-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_  Release on Personal Recognizance

\_\_  Bail Posted in the Sum of _____

_X_  Unsecured Appearance Bond in the amount of $100,000, to be replaced by the posting of real property owned by Defendant's father and brother.

\_\_  Appearance Bond with 10% Deposit

\_\_  Appearance Bond secured by Real Property

\_\_  Corporate Surety Bail Bond

_X_  (Other) To be released to the custody of Pretrial Services the morning of 8/16/11; under GPS monitoring pending the posting of the real property; and under pretrial supervision/conditions.

Issued at <u>Sacramento, CA</u> on  **8/15/11**  at  **2:30 pm**

By _/s/ Carolyn K. Delaney_
Carolyn K. Delaney
United States Magistrate Judge